United States District Court
Southern District of Texas
**ENTERED**
April 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRECIOUS IWEZOR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-00433 |
| | § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiffs' Notice of Voluntary Dismissal filed on March 14, 2025. Doc. #9. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice.

It is so ORDERED.

APR 07 2025
Date

The Honorable Alfred H. Bennett
United States District Judge